**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 05-7287**

_____

In Re:    DOUGLAS EMANUEL FOREMAN,

                                                  Petitioner.

_____

On Petition for Writ of Mandamus
(CR-01-90; CA-04-40)

_____

Submitted: October 18, 2005        Decided:  October 25, 2005

_____

Before WIDENER, MICHAEL, and DUNCAN, Circuit Judges.

_____

Petition denied by unpublished per curiam opinion.

_____

Douglas Emanuel Foreman, Petitioner Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Douglas Emanuel Foreman petitions for writ of mandamus, alleging the district court has unduly delayed acting on his 28 U.S.C. § 2255 (2000) motion. He seeks an order from this court directing the district court to act. We find there has been no undue delay in the district court. Accordingly, we deny the mandamus petition and grant Foreman's pending motion to proceed in forma pauperis. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

PETITION DENIED

- 2 -